**Opinion issued August 11, 2022**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-22-00264-CV

_____

**GLORIA TREVINO TURNER, Appellant**

**V.**

**MCCALL-F, INC. D/B/A STERLING MCCALL FORD; PETER TOSH; JASON WEEKS; AND CAMERON JOSEPH, Appellees**

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Case No. 1137499**

---

## MEMORANDUM OPINION

Appellant, Gloria Trevino Turner, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE §§ 51.207, 51.941(a), 101.041; Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial

Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). Further, appellant has not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellant did not respond. *See* TEX. R. APP. P. 5, 42.3(b), (c).

Accordingly, we dismiss the appeal for nonpayment of all required fees and for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Landau and Hightower.